**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 14-10354 |
| Plaintiff - Appellee, | 14-10358 |
| v. | D.C. Nos. 3:13-cr-00080-MMD |
| UVALDO CARRILLO-MARTINEZ, a.k.a. Uvaldo Carrilo-Martinez, a.k.a. Ubaldo Carrillo, a.k.a. Juan Martinez Equovelo, | 3:13-cr-00090-MMD MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Miranda M. Du, District Judge, Presiding

Submitted July 21, 2015[**]

Before:     CANBY, BEA, and MURGUIA, Circuit Judges.

In these related appeals, Uvaldo Carrillo-Martinez appeals his guilty-plea

convictions and 120-month concurrent sentences for conspiracy to possess with

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846, and unlawful reentry by a deported, removed, or excluded alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Carrillo-Martinez's counsel has filed briefs stating that there are no grounds for relief, along with motions to withdraw as counsel of record. Carrillo-Martinez has filed a pro se supplemental brief. No answering brief has been filed.

Carrillo-Martinez waived his right to appeal his convictions and sentences. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waivers. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss these appeals. *See id.* at 988.

To the extent Carrillo-Martinez argues in his pro se brief that counsel provided ineffective assistance, we decline to address this issue on direct appeal. *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011).

Counsel's motions to withdraw are **GRANTED.**

**Appeal Nos. 14-10354 and 14-10358 DISMISSED.**